[No. 45834-9-II.   Division Two.   May 27, 2015.]

FAIRUZA STEVENSON, *Appellant*, v. THE DEPARTMENT OF HEALTH NURSING CARE QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-00119-2, Dayann Liebman, J. Pro Tem., entered December 30, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[Nos. 45916-7-II; 45946-9-II.   Division Two.   May 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. CLARK, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-1-02503-7, Ronald E. Culpepper, J., entered January 31, 2014. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 45945-1-II.   Division Two.   May 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SHAWN ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00955-0, Stephen M. Warning, J., entered February 18, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.